3

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 23 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

KATHRYN DITTMAN and MARK DITTMAN, §
Inidividually and as Next Friends §
of Matthew Dittman, a Minor §
§ CIVIL ACTION NO. B-00-012
v. §
§
TEXAS DEPARTMENT OF PROTECTIVE §
AND REGULATORY SERVICES, RICHARD §
HAWKINS, CARL HAYES and MARY §
MARTINEZ, in their Individual and §
Official Capacities §
§

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

This Court has before it for consideration Plaintiff's Motion to Dismiss filed on February 17, 2000. After review of such motion and the entire file, it is the opinion of this Court that Plaintiff's Motion to Dismiss should be **GRANTED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Plaintiff's Motion to Dismiss is **GRANTED**.

DONE this the 23rd day of February, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge